1018

[No. 6030-2-II. Division Two. December 6, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
JOHN LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 56833, Nile E. Aubrey, J., entered November
13, 1981. *Affirmed as modified* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5055-6-III. Division Three. December 6, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS
W. HAER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 81-1-00075-1, Yancey Reser, J., entered
February 25, 1982. *Affirmed* by unpublished opinion per
Green, J., concurred in by Munson, C.J., and Loy, J. Pro
Tem.

[No. 5000-9-III. Division Three. December 6, 1983.]

HENRY M. SCHREINDL, ET AL, *Respondents*, v. JOSEPH
KRUG, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 80-2-02387-9, Harry Hazel, J. Pro Tem.,
entered January 8, 1982. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Munson, C.J., and Green,
J.

[No. 5603-1-III. Division Three. December 6, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. NOEL
L. STERLING, *Appellant*.

Appeal from a judgment of the Superior Court for Che-
lan County, No. 6108, Fred Van Sickle, J., entered January
4, 1983. *Reversed* and *remanded* by unpublished opinion
per Munson, C.J., concurred in by Green and McInturff, JJ.